| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Meyer, Jeffrey A. | 2. Court or Organization U.S. District Court, Connecticut | 3. Date of Report 06/07/2013 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

District Judge

**5a. Report Type** (check appropriate type)

[✓] Nomination    Date 06/07/2013
[ ] Initial    [ ] Annual    [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**
01/01/2012
to
06/03/2013

**7. Chambers or Office Address**

Yale Law School
127 Wall Street, Box 108
New Haven, CT 06520

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor of Law | Quinnipiac University School of Law |
| 2. | Visiting Professor of Law | Yale Law School |
| 3. | Secretary and Director | Timberledge Corporation |
| 4. | Trustee | Trust #1 |
| 5. | Director | Harry A. Blackmun Scholarship Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Quinnipiac University School of Law | $57,625.00 |
| 2. | 2013 | Yale Law School | $14,583.33 |
| 3. | 2012 | Quinnipiac University School of Law | $128,622.00 |
| 4. | 2012 | Yale Law School | $27,499.98 |
| 5. | 2011 | Quinnipiac University School of Law | $130,366.14 |
| 6. | 2011 | Yale Law School | $20,000.04 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Quinnipiac University School of Law - salary |
| 2. | 2012 | Quinnipiac University School of Law - salary |
| 3. | 2012 | University of Alabama Law School - honorarium - $2,000 |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyer, Jeffrey A. | 06/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hopkins School, New Haven, CT | Private secondary school for child | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyer, Jeffrey A. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Peoples United Bank cash accounts | A | None | K | T | Exempt | | | | |
| 2. | US savings bonds (Series EE) | A | None | J | T | | | | | |
| 3. | Brokerage account | | | | | | | | | |
| 4. | - T.Rowe Price Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| 5. | -Schwab Money Market | A | Interest | J | T | | | | | |
| 6. | IRA account #1 | A | Dividend | J | T | | | | | |
| 7. | - Schwab Markettrack All Equity | | | | | | | | | |
| 8. | IRA account #2 | C | Dividend | M | T | | | | | |
| 9. | - Schwab Markettrack All Equity | | | | | | | | | |
| 10. | - Pimco Total Return Fund Cl D | | | | | | | | | |
| 11. | TIAA/CREF retirement account #1 | B | Interest | M | T | | | | | |
| 12. | -TIAA Traditional | | | | | | | | | |
| 13. | - CREF Bond Market | | | | | | | | | |
| 14. | - CREF Equity Index | | | | | | | | | |
| 15. | - CREF Global Equities | | | | | | | | | |
| 16. | - TIAA Real Estate | | | | | | | | | |
| 17. | TIAA/CREF retirement account #2 | D | Interest | O | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT

## Page 5 of 10

Name of Person Reporting

Meyer, Jeffrey A.

Date of Report

06/07/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - TIAA Traditional | | | | | | | | | |
| 19. - CREF Social Choice | | | | | | | | | |
| 20. Trust #1 | E | Dividend | O | T | | | | | |
| 21. -Abbott Laboratories (ABT) common stock | | | | | | | | | |
| 22. -Abbvie Inc. (ABBV) common stock | | | | | | | | | |
| 23. -Alliance Resources (ARLP) common stock | | | | | | | | | |
| 24. -Archer Daniels Midland (ADM) common stock | | | | | | | | | |
| 25. -AT&T Inc. (ATT) common stock | | | | | | | | | |
| 26. -Companihia de Bebidas (ABV) common stock | | | | | | | | | |
| 27. -CVS Caremark Corp (CVS) common stock | | | | | | | | | |
| 28. -Du Pont (DD) common stock | | | | | | | | | |
| 29. -General Electric (GE) common stock | | | | | | | | | |
| 30. -Hess Corp. (HES) common stock | | | | | | | | | |
| 31. -Intel Corp (INTC) common stock | | | | | | | | | |
| 32. -Int'l Business Mach. (IBM) common stock | | | | | | | | | |
| 33. -Int'l Paper Co. (IP) common stock | | | | | | | | | |
| 34. -JP Morgan Chase (JPM) common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns U1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Marathon Oil Corp (MRO) common stock | | | | | | | | | |
| 36. -NYSE Euronext (NYX) common stock | | | | | | | | | |
| 37. -Pfizer Inc. (PFE) common stock | | | | | | | | | |
| 38. -SPDR Euro Stoxx 50 ETF (FEZ) | | | | | | | | | |
| 39. -Timken Company (TKR) common stock | | | | | | | | | |
| 40. -Whiting Petro Corp (WLL) common stock | | | | | | | | | |
| 41. Trust #2 | D | Dividend | M | T | | | | | |
| 42. -Atmos Energy Corp. (ATO) | | | | | | | | | |
| 43. -Exxon Mobil Corp. (XOM) common stock | | | | | | | | | |
| 44. -Growth Fund of America Cl. A (AGTHX) | | | | | | | | | |
| 45. -T. Rowe Price Group Inc. (TROW) common stock | | | | | | | | | |
| 46. -Procter & Gamble (PG) common stock | | | | | | | | | |
| 47. -Invesco Global 45 Dividend Strategy Portfolio unit trusts | | | | | | | | | |
| 48. Trust #3 | E | Dividend | O | T | | | | | |
| 49. -American Century Div. Bond Fund Institutional Cl. (ACBPX) | | | | | | | | | |
| 50. -CBA Aggressive Growth Fund Cl. Fl. (SAGYX) | | | | | | | | | |
| 51. -Columbia Smallcap Value Fund I CL Z (CSCZX) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyer, Jeffrey A. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Dodge & Cox Income Fund (DODIX) | | | | | | | | | |
| 53. -Dodge & Cox Stock Fund (DODGX) | | | | | | | | | |
| 54. -Fundamental Investors Fund Cl F1 (AFIFX) | | | | | | | | | |
| 55. -Harbor Capital Appreciation Fund Instit. Class (HACAX) | | | | | | | | | |
| 56. -Hartford Cap. Appreciation Fund (ITHIX) | | | | | | | | | |
| 57. -Invesco Comstock Fund Class Y (ACSDX) | | | | | | | | | |
| 58. -JP Morgan Core Bond Fund Select Cl. (WOBDX) | | | | | | | | | |
| 59. -JP Morgan Federal Money Market Fund Instit. Cl. (JFMXX) | | | | | | | | | |
| 60. -JP Morgan High Yield Fund Select Cl. (OHYFX) | | | | | | | | | |
| 61. -JP Morgan Mid Cap Value Fund Select Cl (JMVSX) | | | | | | | | | |
| 62. -Loomis Sayles Global Bond Fund Instit. Cl. (LSGBX) | | | | | | | | | |
| 63. -Loomis Sayles Investment Grade Bond Fund Cl. Y (LSIIX) | | | | | | | | | |
| 64. -Metropolitan West Fund Total Return Bond Fund Cl. I (MWTIX) | | | | | | | | | |
| 65. -MFS International New Discovery Fund Cl I (MWNIX) | | | | | | | | | |
| 66. -MFS Value Fund Cl. I (MEIIX) | | | | | | | | | |
| 67. -Mutual Global Discovery Fund Cl Z (MDISX) | | | | | | | | | |
| 68. -Pimco Funds Total Return Fund IV Inst. Cl. (PTUIX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Prudential Jennison Mid-Cap Growth Fund Cl Z (PEGZX) | | | | | | | | | |
| 70. -Rainier Small Mid Cap Equity Fund Inst. Class (RAISX) | | | | | | | | | |
| 71. -Scout International Fund (UMBWX) | | | | | | | | | |
| 72. -T Rowe Price Blue Chip Growth Fund (TRBCX) | | | | | | | | | |
| 73. -T Rowe Price International Bond Fund (RPIBX) | | | | | | | | | |
| 74. -T Rowe Price International Stock Fund (PRITX) | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Meyer, Jeffrey A. | 06/07/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jeffrey A. Meyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 29 | 981 | Notes payable to banks-secured (auto) | | 15 | 930 |
| U.S. Government securities – Series EE | | 3 | 200 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 909 | 339 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 9 | 082 |
| Real estate owned – personal residence | | 396 | 400 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 21 | 500 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 252 | 934 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 25 | 018 |
| | | | | Net Worth | 1 | 588 | 336 |
| Total Assets | 1 | 613 | 354 | Total liabilities and net worth | 1 | 613 | 354 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? No. | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |